Benjamin Schonbrun (SBN 118323)
schonbrun.ben@gmail.com
V. James DeSimone (SBN 119668)
vjdesimone@gmail.com
Michael D. Seplow (SBN 150183)
mseplow@gmail.com
Aidan C. McGlaze (SBN 277270)
amcglaze@sdshhlaw.com
SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN LLP
723 Ocean Front Walk
Venice, California 90291
Telephone: (310) 396-0731
Facsimile: (310) 399-7040

Additional Counsel
listed on following page

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOE BRAUN, JEFF HALPERN, YOLANDA GARCIA, EFREN GARCIA, LONNIE COX, AARON DANCHIK, HAITHAM BIBI, JOLENE COFFMAN, and JESSICA PICKERING

Plaintiffs,

vs.

SAFECO INSURANCE COMPANY OF AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, and DOES 1 through 50, inclusive,

Defendants.

Case No. 2:13-CV-00607 BRO (JCx)

[CLASS ACTION]

[ASSIGNED TO THE HON. JUDGE BEVERLY R. O'CONNELL]

**JOINT NOTICE OF SETTLEMENT PURSUANT TO LOCAL RULE 16-15.7**

**Courtroom: 14 (Spring Street)**

Michael S. Rapkin (SBN 67220)
michaelrapkin@rapkinesq.com
Scott B. Rapkin (SBN 261867)
scottrapkin@rapkinesq.com
LAW OFFICES OF MICHAEL S. RAPKIN
233 Wilshire Boulevard, Suite 700
Santa Monica, California 90401
Telephone: (310) 319-5465
Facsimile: (310) 319-5355

Attorneys for Plaintiffs

Douglas R. Hart (SBN 115673)
dhart@sidley.com
Mark E. Haddad (SBN 205945)
mhaddad@sidley.com
Geoffrey D. DeBoskey (SBN 211557)
gdeboskey@sidley.com
David R. Carpenter (SBN 230299)
drcarpenter@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendants

NOTICE OF SETTLEMENT

# NOTICE OF SETTLEMENT

Pursuant to Local Rule 16-15.7 of the Local Rules of the United States District Court for the Central District of California, the parties hereby provide notice that the parties to the above-captioned action have reached a settlement in principle of this case.

The parties are in the process of finalizing the settlement, and respectfully request that the Court take the May 18, 2015, hearing on the parties' cross motions for summary judgment and related briefing deadlines off calendar.

The parties anticipate filing a stipulation for dismissal in approximately forty-five days.

DATED: April 10, 2015          Respectfully submitted,

                               SCHONBRUN DESIMONE SEPLOW
                               HARRIS & HOFFMAN LLP

                               LAW OFFICES OF MICHAEL S. RAPKIN


                               By:   s/ *Scott Rapkin*
                                     Scott Rapkin
                                     Attorneys for Plaintiffs


DATED: April 10, 2015          Respectfully submitted,

                               SIDLEY AUSTIN LLP


                               By:   s/ *Geoffrey Deboskey*
                                     Geoffrey D. DeBoskey
                                     Attorneys for Defendants

## ATTESTATION REGARDING JOINT FILING

I hereby attest that the concurrence of in the filing of this document has been obtained from Geoffrey D. DeBoskey, Attorney for Defendants.

DATED: April 10, 2015	SCHONBRUN DESIMONE SEPLOW
	HARRIS & HOFFMAN LLP

	LAW OFFICES OF MICHAEL S. RAPKIN


	By: s/ *Scott Rapkin*
	Scott Rapkin
	Attorneys for Plaintiffs